**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:     The State of Texas v. John Wright

Appellate case number:   01-19-00363-CR

Trial court case number:  CC18-152

Trial court:             County Court at Law of Waller County

On December 19, 2019, this appeal was abated and remanded to the trial court to issue findings of fact and conclusions of law. On January 8, 2020, a supplemental clerk's record was filed containing the requested findings of fact and conclusions of law. Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket.

Appellant's brief shall be due within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief shall be due within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                                Acting individually


Date: ___January 14, 2020_____